FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

1:06CV968-WKW

2006 OCT 27 A 9 41

**Name** _Gary Horne_

DEBRA P. HACKETT, C___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

180206

**Prison Number**

_Easterling Correction Facility_

**Place of Confinement**

United States District Court _Middle_        District of _Alabama_

Case No. _____

(To be supplied by Clerk of U. S. District Court)

_Gary Horne_                                              , PETITIONER

(Full name) (include name under which you were convicted)

_Gwendolyn Mosley_                                        , RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_

_Troy King_                                               , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

.(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-1/2 x 11 inch paper size standard for use throughout the federal
judiciary and directed the elimination of the use of legal size paper. All
pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper ,
otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies must be</u> mailed to the Clerk of the United States District Court whose address is
<u>P. O. Box 711, Montgomery, Alabama 36101</u>

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack  <u>Circuit Court of Dale County, Alabama</u>

2. Date of judgment of conviction  <u>May 18, 2005</u>

3. Length of sentence <u>Twenty-Two years</u> Sentencing Judge <u>P.B. McGlaughlin</u>

4. Nature of offense or offenses for which you were convicted:_____
<u>Assault 2nd</u>
_____
_____

5. What was your plea? (check one)
   (a) Not guilty (✓)
   (b) Guilty    ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
_____
_____

6. Kind of trial: (Check one)
   (a) Jury ( ✓ )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )  No ( ✓ )

8. Did you appeal from the judgment of conviction? Yes ( ✓ )  No ( )

9. If you did appeal, answer the following:
   (a) Name of court  Criminal Court of Appeal of Alabama
   (b) Result  Affirmed
   (c) Date of result  August 11, 2006
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details:_____
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes ( )  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court_____
       (2) Nature of proceeding_____

       (3) Grounds raised_____
       _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application
           or motion? Yes ( )  No ( )
       (5) Result _____
       (6) Date of result _____
    (b) As to any second petition, application or motion give the same infor-
        mation:
       (1) Name of court_____
       (2) Nature of proceeding_____

       (3) Grounds raised_____
       _____
       _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application
           or motion? Yes ( )  No ( )
       (5) Result_____
       (6) Date of result_____

(c) As to any third petition, application or motion, give the same information:
  (1) Name of court _____
  (2) Nature of proceeding _____

  (3) Grounds raised_____
  _____
  _____
  _____
  _____
  _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
  (5) Result_____
  (6) Date of result_____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
  (1) First petition, etc.    Yes ( ) No ( )
  (2) Second petition, etc.  Yes ( ) No ( )
  (3) Third petition, etc.   Yes ( ) No ( )
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

  For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

  If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

✓(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.  Ground one: ___SEE Attached Brief___

Supporting FACTS (tell your story briefly without citing cases or law): ___See Attached Brief___

___Exhibit 1: Motion to PRESERVE Evidence.___

___Exhibit 2: Motion to Dismiss___

B.  Ground two: _Illegal Sentencing thru invocation of the (HFOA)._

Supporting FACTS (tell your story briefly without citing cases or law): _Alabama law is Clear, copious, and unwaivering when it comes to the states obligation to give a defendant prior notice that they intend on invoking the Habitual Felony Offender Act; and also to fit the defendant know what priors they intend to use at the sentencing hearing. No notice whatsoever was given to the defendant in this case; writing nor oral. The Criminal Courts of Appeals found that defendant received oral notice because a State Representative at the sentencing hearing claim to have given oral notice to defendants lawyers at their discussion. The Rules of Criminal Proc. Rule 410 unambiguously prohibits the State from using plea discussion as evidence in another criminal proceeding. And nothing in the transcript show were oral notice was given them or the interest. The State rep. was lying at the sentencing hearing; that's why the rule is there, to keep them from lying and they have the burden of showing were notice was given and there was none given. There for for these reasons and statutes the defendant should be resentenced according to 1st offender status of a class C felony which ranches from 1-10 years._

C.  Ground three: _____

Supporting FACTS (tell your story _briefly_ without citing cases or
law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four: _____

Supporting FACTS (tell your story _briefly_ without citing cases of
law): _____

_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-
sented in any other court, state or federal state _briefly_ what grounds were
not so presented, and give your reasons for not presenting them: _____

_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court, either state
or federal, as to the judgment under attack?  Yes ( )  No ( )

15.  Give the name and address, if known, of each attorney who represented you in
the following stages of the judgment attacked herein:
(a) At preliminary hearing _N. Tracy Nickson  2131 AA Cobbs Ford_
_Rd, Prattville, Al, 36066_
(b) At arraignment and plea _N. Tracy Nickson  2131 AA Cobbs_
_Ford Rd, Prattville Al, 36066_

(c) At trial _N. Tracy Nickson   2131  At  Cobbs Ford_
_Rd  Prattville  Al  36066_

(d) At sentencing _N. Tracy Nickson   2131  At  Cobbs Ford_
_Rd  Prattville  Al  36066_

(e) On appeal _N. Tracy Nickson   2131  At  Cobbs Ford_
_Rd  Prattville  Al. 36060_

(f) In any post-conviction proceeding_____

(g) On appeal from any adverse ruling in a post-conviction proceeding:_____

_____

16. Were you sentenced on more than one count of an indictment, or on more
than one indictment, in the same court and at the same time?
Yes ( ) No ( )

17. Do you have any future sentence to serve after you complete the sentence
imposed by the judgment under attack?
Yes ( ) No ( )
(a) If so, give name and location of court which imposed sentence to
be served in the future:_____

(b) And give date and length of sentence to be served in the future:_____

(c) Have you filed, or do you contemplate filing, any petition attacking
the judgment which imposed the sentence to be served in the future?
Yes ( ) No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to
which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on _October 25, 2006_ .
(date)

_Larry Horne_
Signature of Petitioner