IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY HORNE, #180206, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-968-WKW |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of October, 2006.

                                        /s/ Vanzetta Penn McPherson
                                        VANZETTA PENN McPHERSON
                                        UNITED STATES MAGISTRATE JUDGE