■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

Gwendolyn Mosley, Warden
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Aaron Blake]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                     10/31/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

06cv968
Petition for
Proc Order

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 3851

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540