**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _G̲i̲v̲n̲e̲r̲_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Givner
C. Date of Delivery: 11/13/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

Troy King
Attorney General for the State of AL
11 S. Union Street
Montgomery, AL 36101

06cv968

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3868

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540