IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GARY HORNE, #180206,                        )
                                            )
    Petitioner,                         )
                                            )
    v.                                  )        CIVIL ACTION NO. 1:06-CV-968-WKW
                                            )
GWENDOLYN MOSLEY, et al.,                   )
                                            )
    Respondents.                        )

## ORDER ON MOTION

Upon consideration of the motion to amend filed by the petitioner on November 17, 2006

(Court Doc. No. 8), in which the petitioner asserts additional facts and legal arguments in

support of his *Brady* claim, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 20th day of November, 2006.


                        /s/ Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE