IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY HORNE, <br> AIS#180206, <br><br> PETITIONER, <br><br> VS. <br><br> GWENDOLYN MOSELY, et al., <br><br> RESPONDENTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:06-cv-968-WKW <br> ) <br> ) <br> ) |

**MOTION FOR 21-DAY ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Come now Respondents, by and through the Attorney General of the State of Alabama, and move this Honorable Court for an Order granting Respondents an enlargement of 21 days from Monday, November 20, 2006, to file its response in the above-styled cause. As grounds for said enlargement, Respondents show the following:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.

2. The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondent respectfully requests an extension of 21 days in which to file a response in the above styled case.

        Respectfully submitted,

        Troy King (KIN047)
        Attorney General
        By:


        s/John M. Porter
        John M. Porter (ASB5818-P77J)
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Gary Horne, AIS #180206, Easterling Correctional Facility, P.O. Box 10, Clio, Alabama 36017-0010.

                        Respectfully submitted,

                        s/John M. Porter
                        John M. Porter(ASB5818-P77J)
                        Office of the Attorney General
                        Alabama State House
                        11 South Union
                        Montgomery, AL  36130-0152
                        Telephone: (334) 242-7300
                        Fax: (334) 242-2848
                        E-Mail: JPorter@ago.state.al.us

205067