IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY HORNE, #180206, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-CV-968-WKW |
| | ) | |
| GWENDOLYN MOSLEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the petitioner on November 29, 2006 (Court Doc. No. 12), in which the petitioner asserts additional facts and legal arguments in support of his challenge to the State's enhancement of his sentence under the Habitual Felony Offender Act, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the respondents be GRANTED an extension from December 11, 2006 to and including December 21, 2006 to file an answer to the petition, as amended.

Done this 30th day of November, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE