IN THE UNITED STATES DISTRICT COURT FOR
Middle District of Alabama

RECEIVED

Gary Horne #180206
Petitioner

2007 JAN 12 A 9: 34

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Vs.

Gwendolyn Mosley, et. al.,
Respondent

Case No: 1:06 CV-968-WKW

# MOTION TO STAY PROCEEDINGS

Comes now, the petitioner, Gary Horne, moves into this Honorable court... asking this court to stay his petition for reasons he states as follows:

1. Petitioner needs to file a Rule 32 concerning newly discovered issues found by petitioner, that his appeal counsel did not raise on appeal.

2. Petitioner has only a certain amount of time to file this Rule 32 in the circuit court of Dale County.

3. Petitioner is juris-prudent in the science of law and just now realized these issues when the State filed the petitioners record in this Honorable court on 12-20-06, by studying.

4. This Honorable court nor the Attorney General will be prejudiced by this delay and this motion being granted.

WHEREFORAS, the petitioner prays this honorable court will grant this motion, and stay his proceedings until he can file a Rule 32 on these new issues.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Attorney General, by placing it in the Easterling Cor. Fac. mailbox on 1-11-07.

Gary Horne

Respectfully Submitted

I also request for a copy of my case action summary; I want to make sure my objection to the States' answer was filed on the date I mailed out.