IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED

Gary Horne #180206                   )
                                     )
Petitioner                           )      2007 JAN 26  A 9 49
                                     )
    V.                               )      DEBRA P. HACKETT, CLK.
                                     )      U.S. DISTRICT COURT
                                     )  CV Action No. 1:06-cv-968-WKW
Gwendolyn Mosley, Et al.             )      MIDDLE DISTRICT ALA.
                                     )
Respondents                          )

## Motion To Dismiss Without Prejudice

Comes now, the petitioner, Gary Horne, moves into this Honorable Court; asking this Honorable Court to dismiss his petition without prejudice for reason he states as follows:

① Presentation of newly discovered issues to the State courts. etc. Rule 32.

② So petitioner can argue his newly discovered issues to this Honorable Court if necessary, exhausting all State remedies without being procedurely barred.

③ This will not prejudice this court nor the Attorney Gen.

## Certificate Of Service

I hereby certify that I have served a copy of the foregoing upon the Attorney General, by placing it into the Easterling Corr. Fac. mailbox 1-25-07

Respectfully Submitted

Gary Horne

Mr. Gary Horue
180206   7A-62
E.C.F 200 Wallace Dr.
Clio, AL.
36017

MONTGOMERY AL 361

25 JAN 2007 PM 2 L



Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL.
36101+0711